UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05** CR **10129** NG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL VIOLATIONS: |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| v. | ) | (Felon in Possession of |
| | ) | Firearms and Ammunition) |
| | ) | |
| MALDEN O. BATTLE, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | (Possession of Cocaine |
| Defendant | ) | with Intent to Distribute) |

## INDICTMENT

COUNT ONE:     (18 U.S.C. § 922(g)(1) - Felon in Possession of
Firearm)

The Grand Jury charges that:

On or about on August 21, 2004 and September 2, 2004, at

Boston, in the District of Massachusetts,

MALDEN O. BATTLE,

defendant herein, having previously been convicted in a court

of a crime punishable by imprisonment for a term exceeding one

year, did knowingly possess, in and affecting commerce, a

firearm, to wit, a Hi-Point 9mm semi-automatic pistol bearing

serial number P181790.

All in violation of Title 18, United States Code, Section

922(g)(1).

COUNT TWO:        (18 U.S.C. § 922(g)(1) - Felon in Possession of
                  Firearm and Ammunition)

The Grand Jury further charges that:

On or about September 2, 2004, at Boston, in the District

of Massachusetts,

MALDEN O. BATTLE,

defendant herein, having previously been convicted in a court

of a crime punishable by imprisonment for a term exceeding one

year, did knowingly possess, in and affecting commerce, a

firearm, to wit, a Sig Sauer .357 caliber semi-automatic

pistol bearing serial number U597483, and ammunition, to wit,

numerous rounds of 9mm, .357 caliber, and .22-caliber

ammunition.

All in violation of Title 18, United States Code, Section

922(g)(1).

COUNT THREE:    (21 U.S.C. § 841(a)(1)- Possession of
                 Cocaine with Intent to Distribute)

The Grand Jury further charges that:

On or about September 2, 2004, at Boston, in the District of

Massachusetts,

MALDEN O. BATTLE,

defendant herein, did knowingly and intentionally possess with

intent to distribute, a quantity of cocaine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Section

841(a)(1).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JOHN A. CAPIN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS;   3:45 p m on May 25, 2005.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**05 CR 10129 NG**

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. II _____    **Investigating Agency** ATF _____

**City**  Boston _____    **Related Case Information:**

**County**   Suffolk _____    Superseding Ind./ Inf. _____    Case No. _____
                                         Same Defendant _____  New
                                         Magistrate Judge Case Number  _____
                                         Search Warrant Case Number  _____
                                         R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   Malden O. Battle _____    Juvenile    ☐ Yes    ☒ No

Alias Name  _____

Address  _____

Birth date (Year only):   1978   SSN (last 4 #):   2160   Sex  M  Race:   Black _____   Nationality:  USA _____

**Defense Counsel if known:**    **Eileen Donoghue** _____    **Address:**  112 Middle Street _____
                                                                       Lowell, MA 01852 _____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  John A. Capin _____    **Bar Number if applicable** 557277 _____

**Interpreter:**    ☐ Yes  ☒ No         **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

         ☐ **Warrant Requested**         ☐ **Regular Process**         ☒ **In Custody**

**Location Status:**

**Arrest Date:**    4/21/05 _____

☒ **Already in Federal Custody as**   revocation detainee _____    **in**    Plymouth County HOC _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    **Ordered by** _____    **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _____ 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  May 25, 2005         **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     **Maldon O. Battle** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 922(g)(1) | Possession of Firearm by Felon | 1 |
| Set 2   18 U.S.C. § 922(g)(1) | Possession of Firearm & Ammo by Felon | 2 |
| Set 3   21 U.S.C. §841(a)(1) | Possession w/ Intent Distribute Cocaine | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS45.wpd - 1/15/04 (USAO-MA)