IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| : | 05-10129-NG |
| v. : | |
| : | |
| MALDEN BATTLE : | |

**JOINT MOTION TO EXCLUDE TIME FROM 7/26/05 UNTIL 09/07/05**

    The United States, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Nadine Pellegrini, Assistant U.S. Attorney, and Eileen Donaghue, Esq., attorney for the Defendant, hereby file this Joint Motion to Exclude Time as follows:

    1. The parties appeared before the court on July 26, 2005 for an initial status conference.  At that time, the parties agreed that a final status conference was necessary in order that the defense may complete its review of the automatic discovery material and determine, *inter alia*, if there are motions which will be filed.

    The court agreed to continue this matter until September 7, 2005 for a final status conference.

Therefore, the parties respectfully request that the court grant this Motion to Exclude Time for the period from July 26, 2005 until September 7, 2005 pursuant to 18 U.S.C. §3161(h)(8)(A).

|  | Respectfully submitted, |
|---|---|
| /s/Eileen Donaghue | /s/Nadine Pellegrini |
| Eileen Donaghue, Esq.<br>Counsel for the Defendant | Nadine Pellegrini<br>Assistant U.S. Attorney |

Dated: July 26, 2005