UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10129-NG |
| | ) | |
| MALDEN BATTLE | ) | |
| | ) | |

**JOINT MOTION TO EXCLUDE TIME FROM 9/7/05 UNTIL 9/16/05**

The United States and the defendant, Malden Battle, hereby move the Court to exclude the period from September 7, 2005 until September 16, 2005, from the period within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. As grounds, the parties state as follows:

1. On July 26, 2005, the Court scheduled a final status conference to be held on September 7, 2005 and excluded the period until the final status conference in order to permit the defense to review discovery provided by the government.

2. Defense counsel was unable to attend the final status conference that was scheduled to be held on September 7, 2005 due to her appearance in another court. The parties therefore jointly requested a continuance of the final status conference. The Court has continued the final status conference to September 16, 2005.

Because the delay resulting from the requested extension of time will – by permitting the final status conference to proceed when defense counsel is available – serve the ends of justice and outweigh the best interest of the public and defendant in a speedy trial, the period of the

delay is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

| | |
|---|---|
| MALDEN BATTLE | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Eileen Donaghue | By: /s/ John A. Capin |
| ──────────────────── | ──────────────────── |
| EILEEN DONAGHUE<br>Counsel for the Defendant | JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617) 748-3264 |