UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 05-10129-NG |
| MALDEN BATTLE | ) ) ) | |

**<u>JOINT MEMORANDUM PURSUANT TO L.R. 116.5(C)</u>**

Pursuant to Local Rule 116.5(C), the United States and the defendant in the above-captioned proceeding, (collectively, the "parties") state as follows:

(1) There are no outstanding discovery issues to be presented to or resolved by the Court.

(2) The government is awaiting the results of the examination of evidence for fingerprints and will provide such results to the defendant upon receipt.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant will not raise an alibi defense.

(5) The defendant intends to file a motion to suppress and seeks approximately thirty (30) days to do so.

(6) A hearing on the defendant's motion to suppress should be scheduled.

(7) The parties have discussed the possibility of an early resolution of the case without trial and such resolution appears unlikely.

(8) The parties agree that the 28-day period from June 8, 2005, the date of the defendant's initial appearance and arraignment, to July 6, 2005 is excludable pursuant to L.R. 112.2(a)(2) and 18 U.S.C. 3161(h)(8)(A). In addition, the parties concur with the exclusion by the Court of the periods from July 26, 2005 to September 7, 2005 (*See* Docket Entry dated July 27, 2005) and from September 7, 2005 to September 16, 2005 (*See* Docket Entry dated

September 10, 2005). Thus, as of September 16, 2005, nineteen (19) non-excludable days will have occurred (July 7, 2005 to July 25, 2005) leaving fifty-one (51) days to commence trial so as to be within the seventy-day period set by the Speedy Trial Act.

(9) Trial will last less than one week.


Respectfully submitted,

| | |
|---|---|
| MALDEN BATTLE | MICHAEL J. SULLIVAN |
| By his Attorney | United States Attorney |
| | |
| /s/ Eileen Donahue, Esq | By:   /s/ John A. Capin |
| _____ | _____ |
| Eileen Donahue, Esq. | JOHN A. CAPIN |
| 1121 Middle Street | Assistant U.S. Attorney |
| (978) 458-7070 | (617) 748-3264 |