UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )  | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10129-NG |
| | ) | |
| MALDEN BATTLE | ) | |
| | ) | |

**JOINT MOTION TO EXCLUDE TIME FROM 9/16/05 TO 11/24/05**

Pursuant to the Speedy Trial Act, 18 U.S.C. §§3161 et seq., the United States of America, and the defendant, Malden Battle, hereby move the Court to exclude from the time within which trial must commence the period from September 16, 2005 until November 24, 2005. As grounds, the parties state that, at a final status conference conducted on September 16, 2005, the defendant sought and was granted leave to file a suppression motion and possibly other motions on or before by November 24, 2005. The period from September 16, 2005 until November 24, 2005 is excludable under 18 U.S.C. §3161(h)(1)(F) and United States v. Jodoin, 672 F.2d 232, 238 (1st Cir 1982).

Respectfully submitted,

| MALDEN BATTLE | | MICHAEL J. SULLIVAN |
| | | United States Attorney |
| | | |
| /s/ Eileen Donahue, Esq | By: | /s/ John A. Capin |
| _____ | | _____ |
| Eileen Donahue, Esq. | | JOHN A. CAPIN |
| 1121 Middle Street | | Assistant U.S. Attorney |
| (978) 458-7070 | | (617) 748-3264 |