# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 05-10129-NG

UNITED STATES OF AMERICA

v.

MALDEN O. BATTLE

### *FINAL STATUS REPORT*

September 20, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with being a felon in possession of a firearm, a felon in possession of a firearm and ammunition and possession of cocaine with the intent to distribute, was returned on May 25, 2005;

2. The defendant was arraigned on the Indictment on June 8, 2005;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately seven witnesses and that the trial would last approximately three days;

5. Counsel for the defendant will file a motion to suppress by October 24, 2005;

6. As of the date of this Final Status Report, time has been excluded through October 24, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

   /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge