UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10129-NG |
| | ) | |
| V. | ) | |
| | ) | |
| MALDEN BATTLE | ) | |

## DEFENDANT'S MOTION TO ENLARGE TIME TO FILE MOTION TO SUPPRESS

The defendant, MALDEN BATTLE, respectfully request that this Honorable Court enlarge the time in which he may file a Motion to Suppress. In support of his motion the defendant states that additional time is necessary in order to afford counsel for the defendant to adequately consult with the defendant regarding the motion, legal grounds, and cases that the defendant desires counsel to investigate.

WHEREFORE, the defendant requests and additional thirty (30) days to file a Motion to Suppress in the instant case so that counsel has adequate time to prepare with the defendant, in light of counsel's trial schedule.

Respectfully submitted,
By his Attorney,

Dated: October 24, 2005

Eileen M. Donoghue
Eileen M. Donoghue
112 Middle Street
Lowell, MA  01852
(978) 458-7070
BBO# 130040

## CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of October, 2005 a true copy of the Defendant's Motion To Enlarge Time to File Motion To Suppress, together with Certificate of Service of same was served upon John A. Capin, AUSA, U.S Courthouse, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02110, via first-class mail, postage prepaid.

<u>Eileen M. Donoghue, Esquire</u>