UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 05-10129-NG |
| | ) | |
| Malden O. Battle | ) | |

MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, Malden O. Battle, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

( )   Disagreement on strategy;

( )   Failure to obtain a bail appeal;

(✓)   Lack of understanding between me and my attorney;

( )   Failure to present my best interests;

(✓)   Other:

In support of this motion Defendant states that Defendant and assigned counsel have failed to communicate satisfactorily and this issue has threatened Defendants right to a fair trial.

Date: November, 14th, 2005

Respectfully submitted,

Malden O. Battle
, Pro Se
26 Long Pond Road
Plymouth, MA 02360