UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
        v.                          )   CRIMINAL NO. 05-10129-NG
                                    )
MALDEN O. BATTLE                    )
_____)

NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance in the above-captioned matter.

                                MICHAEL J. SULLIVAN
                                United States Attorney

By:   /s/ Kimberly P. West
       KIMBERLY P. WEST
       Assistant U.S. Attorney

DATED: December 9, 2005