UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10129-NG |
| | ) | |
| V. | ) | |
| | ) | |
| MALDEN BATTLE | ) | |

## DEFENDANT'S MOTION TO ENLARGE TIME TO FILE MOTION TO SUPPRESS

The defendant, MALDEN BATTLE, by his attorney respectfully request that the time in which he may file his motion to suppress be enlarged for an additional week, up to and including January 3, 2006. In support of the motion the defendant states that additional time is necessary, due to counsel's schedule, and the holidays, requiring the additional time.

Respectfully submitted,
By his Attorney,

Dated: December 27, 2005

Eileen M. Donoghue
Eileen M. Donoghue
112 Middle Street
Lowell, MA  01852
(978) 458-7070
BBO# 130040