UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 05-10129-NG |
| MALDEN BATTLE | ) ) ) | |

**JOINT MOTION TO EXCLUDE TIME**

Pursuant to the Speedy Trial Act, 18 U.S.C. §§3161 et seq., the United States of America, and the defendant, Malden Battle, hereby move the Court to exclude from the time within which trial must commence the period from November 24, 2005 until February 9, 2006. As grounds, the parties state that, at the hearing conducted on November 24, 2005, the defendant sought and was granted leave to file a suppression motion by December 27, 2005. Additionally, the Court scheduled a hearing on any motion filed for February 9, 2006. The period from November 24, 2005 to February 9, 2006 is excludable pursuant to 18 U.S.C. §3161(h)(1)(F).

Respectfully submitted,

| MALDEN BATTLE | MICHAEL J. SULLIVAN |
| | United States Attorney |
| | |
| /s/ Eileen Donahue, Esq | By: /s/ Kimberly P. West |
| _____ | _____ |
| Eileen Donahue, Esq. | KIMBERLY P. WEST |
| 1121 Middle Street | Assistant U.S. Attorney |
| (978) 458-7070 | (617) 748-3176 |