UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10129-NG |
| | ) | |
| V. | ) | |
| | ) | |
| MALDEN BATTLE | ) | |

**<u>DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
OBTAINED FROM WARRANTLESS SEARCH</u>**

Now comes the Defendant, MALDEN BATTLE, by his attorney, and respectfully moves that this Honorable Court to suppress all evidence seized as a result of a warrantless search and seizure conducted by the BOSTON POLICE on September 2, 2004, and also to suppress any and all evidence seized as a result of the execution of a search warrant, following the warrantless search, on the ground that the same constitute fruits of the poisonous tree.

In support of his motion the defendant submits that on September 2, 2004, the BOSTON POLICE conducted a warrantless search of the residence at 14 Pearl Street, Apt. #24, Dorchester, Massachusetts; that as a result of the illegal warrantless search, the Boston police thereafter applied for and obtained a search warrant for the aforesaid apartment, as well as a motor vehicle belonging to the defendant; that the evidence seized pursuant to the warrantless search, as well as the illegally obtained search warrant should be suppressed, which evidence includes:

・High Point 9mm semi-automatic pistol

・a pair of white socks

・black nylon bag

- ballistic vest

- Sig Sauer .357 cal. pistol

- black Adidas bag containing men's clothing, DVD's and a glass bowl

- plastic bag containing 3 smaller bags containing 65 grams of suspected cocaine

- 2 ammunition magazines containing 8 and 6 live rounds of .357 ammo

- Windy City Pizza receipt in name of Malden with address 343 Center Street, Apt. #3

- plastic bag containing 76 rounds of .22 ammunition

- box containing 50 rounds of .22 ammunition

- COMCAST work order in the name of Helena Fonesca

- personal papers in the name of Malden Battle

- $2,982.00 in U.S. currency

- photographs of Malden Battle.

As grounds therefore, the defendant submits that:

(1)  items numbered 1 and 2 above were seized pursuant to warrantless search of Apt. #24 at 14 Pearl Street, Dorchester, Massachusetts;

(2)  that there were no exigent circumstances surrounding the search, nor should the "protective sweep" doctrine apply, given the fact that the police alleged that they had not placed Malden Battle under arrest initially, and that they had no reason to believe there was any other person present in the apartment and no reason to fear for their personal safety;

(3)  that this warrantless search was not pursuant to a lawful arrest or stop and frisk threshholding inquiry; not pursuant to any inventory policy;

(4)   that the search warrant applied for and received by the BOSTON POLICE on September 2, 2004 was the result of the warrantless search and seizure, and any "fruits" of the illegal search and seizure as well as any statements made by the defendant should be suppressed. <u>Wong Sun v. United States</u>, 371 U.S. 471 (1963), and further that the searches and seizures were illegal, unconstitutional, and violated the defendant's rights under the Fourth Amendment of the United States Constitution, as set forth in the Memorandum filed in support of the instant motion.

WHEREFORE, the Defendant respectfully prays that this Honorable Court order the suppression of all evidence resulting from the illegal searches and seizures.

Respectfully submitted,<br>
By his Attorney,<br>
<br>
<br>
<u>Eileen M. Donoghue</u><br>
Eileen M. Donoghue<br>
112 Middle Street<br>
Lowell, MA  01852<br>
(978) 458-7070<br>
BBO# 130040

Dated: January 3, 2006