UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  05-10129-NG |
| v.      ) | |
| ) | |
| MALDEN BATTLE   ) | |
| ) | |
| ) | |

## GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS

The United States of America, by Assistant U.S. Attorney Kimberly West, respectfully requests that this Court allow the government to respond to Defendant's Motion to Suppress Evidence by Tuesday, January 24, 2006.  As the basis for this request, the government was on government business, out of the District, from January 3 - 7, 2006.  As defendant's memorandum was received on January 3, 2006, the government did not have an opportunity to review it until last week.  The requested extension will allow the government to appropriately respond to the lengthy issues that the defendant addresses in his motion to suppress.

The defendant has no objection to this request and suffers no prejudice by the granting of this motion.

                                                             Respectfully submitted,

                                                             MICHAEL J. SULLIVAN
                                                             United States Attorney

                              By:     _____
                                                    KIMBERLY P. WEST
                                                    Assistant U.S. Attorney

DATE: January 17, 2006

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney for defendant Malden Battle, Eileen M. Donoghue, 112 Middle Street, Lowell, MA 01852 on January 17, 2006 by electronic filing, facsimile and first class mail.

                                                         _____
                                                         Kimberly P. West
                                                        Assistant U.S. Attorney