UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-10129-NG |
| | ) | |
| MALDEN BATTLE | ) | |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

The United States hereby moves, pursuant to Local Rule 7.2, for leave to file under seal Government's Motion for Protective Order.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Kimberly West
KIMBERLY WEST
Assistant U.S. Attorney
617-748-3176

DATED: February 8, 2006