UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10129-NG |
| | ) | |
| V. | ) | |
| | ) | |
| MALDEN BATTLE | ) | |

## DEFENDANT'S MOTION FOR TRANSCRIPTS

The Defendant, MALDEN BATTLE, through his counsel respectfully requests that this Honorable Court authorize the cost for the transcript of the Motion to Suppress Hearing of Thursday, February 9, 2006.

In support of the motion the Defendant submits that his counsel has been appointed to represent him under the Criminal Justice Act, and the transcript of the suppression hearing is necessary for his defense.

                                              Respectfully submitted,
                                              By his Attorney,

Dated: February 14, 2006

                                              <u>Eileen M. Donoghue</u>
                                              Eileen M. Donoghue
                                              112 Middle Street
                                              Lowell, MA  01852
                                              (978) 458-7070
                                              BBO# 130040

## CERTIFICATE OF SERVICE

I hereby certify that this document is filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 14, 2006.

                                                *Eileen M. Donoghue*
                                                Eileen M. Donoghue

Case 1:05-cr-10129-NG    Document 23    Filed 02/14/2006    Page 2 of 2