UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v.    )<br>  )<br>MALDEN BATTLE  )<br>  )<br>  ) | Criminal No.  05-10129-NG |

## GOVERNMENT'S MOTION FOR STATUS CONFERENCE

The United States of America, by Assistant U.S. Attorney Kimberly West, respectfully requests that this Court schedule the above matter for a status conference at a time convenient to the Court's schedule.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ Kimberly P. West
      KIMBERLY P. WEST
      Assistant U.S. Attorney

DATE: June 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

    /s/ Kimberly P. West
    Kimberly P. West
    Assistant U.S. Attorney