COMMONWEALTH OF MASSACHUSETTS

United State Dist ct.    ss.    05-cr-10129-NG    Court
MASS.                              Docket No.

FILED
IN CLERKS OFFICE
2006 JUN 15 P 12: 27
U.S. DISTRICT COURT
DISTRICT OF MASS

COMMONWEALTH OF MASSACHUSETTS    )
                                 )
v.                               )
                                 )
Malden Battle                    )
                                 )

## MOTION TO DISMISS APPOINTED ATTORNEY
## AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, Malden Battle, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

( )    Disagreement on strategy;

( )    Failure to obtain a bail appeal;

(✓)    Lack of understanding between me and my attorney;

( )    Failure to present my best interests;

( )    Other:

There's been a tremendous lack of communication. Absolutely no visits from my Attorney. & I have brought this issue up with my Attorney expressing my desire to discuss my case in depth to prepare for pre-trial motions, which one had been denied, I believe was due to unpreparedness, and Trial.

Date: June, 12, 06

Respectfully submitted,

Malden Battle
, Pro Se
26 Long Pond Road
Plymouth, MA 02360