ATTORNEY ASSIGNMENT REQUEST

Defendant:  MALDEN O. BATTLE            Case & Defendant Number  05cr10129-NG-01

Date of Appointment:  6/8/2005           Appointed by:  MAG. JUDGE BOWLER

Attorney Withdrawn  EILEEN M. DONOGHUE    Date of Withdrawal  6/28/2006

Reason for Withdrawal  Lack of understanding between deft. and attorney.

Number of Counts    THREE

Charge(s) and Cite(s)  18:922(g)(1) Felon in Possession of Firearm, 18:922(g)(1) Felon in Possession of Firearm and Ammunition, 21:841(a)(1) Possession of Cocaine with Intent to Distribute.

_____

Indictment    ✔           Information_____    Probation Revocation_____

Number of Defendants    ONE

Judge Code_____

Special Instructions:  Please appoint counsel for the above named defendant.

_____

_____

_____

                                          /s/ JENNIFER FILO
                                          Deputy Clerk

                                          Dated  6/28/2006

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Atty Assign Request.wpd**

[attyreq.;kattyreq.]