UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>MALDEN BATTLE    ) | CRIMINAL NO. 05-10129-NG |

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned Assistant Federal Public Defender as counsel for the defendant in the above-captioned matter.

>MALDEN BATTLE
>By his attorney,
>
>/s/ Page Kelley
>Page Kelley
>  B.B.O. #548237
>Federal Defender Office
>408 Atlantic Avenue, 3rd Floor
>Boston, MA  02110
>Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 6, 2006.

>/s/ Page Kelley
>Page Kelley