UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10129-NG |
| ) | |
| MALDEN BATTLE ) | |
| ) | |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant Malden Battle, through counsel, moves that this Court continue the status conference scheduled for Wednesday, August 23, 2006 at 2:30 to a date after September 5, because of a conflict defense counsel has due to a family obligation and because counsel requires more time to review the discovery in this case.

The Assistant United States Attorney assigned to this case, Kim West, has no objection to this request.

MALDEN BATTLE
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 18, 2006.

/s/ Page Kelley