UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MALDEN BATTLE )<br>)<br>) | Criminal No. 05-10129-NG |

## GOVERNMENT'S ASSENTED TO MOTION FOR EXCLUDABLE DELAY

Pursuant to the Speedy Trial Act, 18 U.S.C. §§3161 et seq., the United States of America, by Assistant U.S. Attorney Kimberly West, respectfully moves this Court to exclude the following time periods from the period in which trial must commence: from September 16, 2005, the date which the defendant requested a date to file his motion to suppress, through March 17, 2006, the 30th day in which the court had defendant's motion to suppress under advisement, pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(1)(J) and United States v. Jodoin, 672 F.2d 232, 238 (1st Cir. 1982) (oral motion requesting time to file motion to suppress falls within exclusion set out in 3161(h)(1)); from February 8, 2006, the date the government filed a motion to seal through May 18, 2006, the date the court granted that motion, pursuant to 18 U.S.C. § 3161(h)(1)(F); from June 11, 2006, the date the government filed its motion to schedule a status conference, through June 12, 2006, the date the court granted that motion, pursuant to 18 U.S.C. § 3161(h)(1)(F); June 15, 2006, the date the defendant filed his motion to dismiss appointed counsel, through June 28, 2006, the date the court granted his motion, pursuant to 18 U.S.C. § 3161(h)(1)(F); from June 29, 2006, the date Page Kelley was appointed to represent the defendant, through August 23, 2006, the date set for the a further status conference, pursuant to

18 U.S.C. § 3161(h)(8)(A); and August 18, 2006, the date on which the defendant moved to continue the status conference, through September 18, 2006, the date of the status conference, pursuant to 18 U.S.C. § 3161(h)(8)(A).

As the basis for the requested period of exclusion from June 29, 2006 through September 18, 2006, the government moves that this Court find that the period of time is excludable in order to give new counsel time to review the discovery in this matter and further, that the ends of justice served by the granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

In accordance with other periods already excluded by this court and the Local Rules[1] and the requested above exclusions, as of September 18, 2006, twenty-five (25) days will remain under the Speedy trial Act before trial must commence.  The defendant assents to this motion.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:   /s/ Kimberly P. West
        KIMBERLY P. WEST
        Assistant U.S. Attorney
        (617) 748-3176

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                              /s/ Kimberly P. West
                              Kimberly P. West

Dated:  August 24, 2006

---

[1] Local Rule 112.2(A)(2) allows for the exclusion of twenty-eight (28) days from arraignment, during which time the parties are producing discovery under the automatic discovery process.