UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-10129-NG |
| v. ) | |
| ) | |
| MALDEN BATTLE ) | |
| ) | |
| ) | |

**GOVERNMENT'S ASSENTED TO MOTION FOR EXCLUDABLE DELAY**

    Pursuant to the Speedy Trial Act, 18 U.S.C. §§3161 et seq., the United States of America, by Assistant U.S. Attorney Kimberly West, respectfully moves this Court to exclude the following time periods from the period in which trial must commence: from September 19, 2006, the date of the last status conference, through November 6, 2006, the date which the defendant moved to continue the status conference, pursuant to 18 U.S.C. § 3161(h)(8)(A).

    As the basis for the requested period of exclusion, the government moves that this Court find that the period of time is excludable in order to give new counsel time to review the discovery in this matter and further, that the ends of justice served by the granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

In accordance with other periods already excluded by this court and the Local Rules[1] and the requested above exclusions, as of November 7, 2006, twenty-five (25) days will remain under the Speedy trial Act before trial must commence. The defendant assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Kimberly P. West
KIMBERLY P. WEST
Assistant U.S. Attorney
(617) 748-3176

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kimberly P. West
Kimberly P. West

Dated: November 7, 2006

---

[1] Local Rule 112.2(A)(2) allows for the exclusion of twenty-eight (28) days from arraignment, during which time the parties are producing discovery under the automatic discovery process.