UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10129-NG |
| | ) | |
| MALDEN BATTLE | ) | |
| | ) | |

ASSENTED-TO MOTION FOR EXCLUDABLE DELAY

Pursuant to the Speedy Trial Act, 18 U.S.C. §§3161 et seq., Defendant, Malden Battle, and the United States of America by Assistant United States Attorney Kimberly West, respectfully move this Court to exclude the following time period from the period in which trial must commence: from November 6, 2006, the date of the last status conference, through January 24, 2007, the date which the defendant moved to continue the status conference, pursuant to 18 U.S.C. § 3161(h)(8)(A).

As the basis for the requested period of exclusion, the parties move that this Court find that the period of time is excludable in order to give new counsel time to review the discovery in this matter and further, that the ends of justice served by the granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

In accordance with other periods already excluded by this court and the Local Rules[1] and the requested above exclusions, as of November 7, 2006, twenty-five (25) days will remain under the Speedy Trial Act before trial must commence.

---

[1] Local Rule 112.2(A)(2) allows for the exclusion of twenty-eight (28) days from arraignment, during which time the parties are producing discovery under the automatic discovery process.

        MALDEN BATTLE
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 7, 2006.

      /s/ Page Kelley
Page Kelley