UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10129-NG |
| | ) | |
| MALDEN BATTLE | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant Malden Battle, through counsel, moves that this Court continue the status conference scheduled for Wednesday, January 24, 2007 at 2:30 to a date after February 26, because counsel requires more time to review the discovery in this case and requires additional time to consult with the defendant before setting a trial date.

The Assistant United States Attorney assigned to this case, Kim West, has no objection to this request.

      MALDEN BATTLE
      By his attorney,

      /s/ Page Kelley
      Page Kelley
        B.B.O. #548237
      Federal Defender Office
      408 Atlantic Avenue, 3rd Floor
      Boston, MA  02110
      Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 23, 2007.

      /s/ Page Kelley