UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-10129-NG |
| v. ) | |
| ) | |
| MALDEN BATTLE ) | |
| ) | |
| ) | |

## GOVERNMENT'S ASSENTED TO MOTION FOR EXCLUDABLE DELAY

Pursuant to the Speedy Trial Act, 18 U.S.C. §§3161 et seq., the United States of America, by Assistant U.S. Attorney Kimberly West, respectfully moves this Court to exclude the following time periods from the period in which trial must commence: from January 24, 2007, the date of the final status conference, through March 9, 2007, the date which the defendant moved to continue the final status conference, pursuant to 18 U.S.C. § 3161(h)(8)(A); and from March 9, 2007, the date of the last status conference, through June 4, 2007, the date which the court scheduled trial consistent with counsel for the defendant's schedule, pursuant to 18 U.S.C. § 3161(h)(8)(A).

As the basis for the requested period of exclusion, the government moves that this Court find that the period of time is excludable in order to give new counsel time to review the discovery in this matter and further, that the ends of justice served by the granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

The defendant assents to this motion.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:   /s/ Kimberly P. West
        KIMBERLY P. WEST
        Assistant U.S. Attorney
        (617) 748-3176

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        /s/ Kimberly P. West
                                        Kimberly P. West

Dated: March 15, 2007