✎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

**v.**                                                **APPEARANCE**

MALDEN BATTLE

Case Number:   CR-05-10129-NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 23, 2007 | /s/ Jeremy M. Sternberg |
| Date | Signature |
| | Jeremy M. Sternberg, AUSA |
| | Print Name                                      Bar Number |
| | US Attorney's Office, 1 Courthouse Way, Suite 9200 |
| | Address |
| | Boston                    MA     02210 |
| | City                       State       Zip Code |
| | 617/748-3142          617/748-3675 |
| | Phone Number                                Fax Number |