UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10129-NG |
| | ) | |
| MALDEN BATTLE | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE TRIAL DATE

Defendant Malden Battle, through counsel, moves that this Court continue the date for commencement of trial in the above case, presently scheduled for June 4, 2007, to a date in September, 2007. The defendant so requests because he requires the additional time to prepare for trial

The Assistant United States Attorney assigned to this case, Kim West, has no objection to this request.

        MALDEN BATTLE
        By his attorney,
        /s/Page Kelley
        Page Kelley
          B.B.O. #548237
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 20, 2007.

        /s/ Page Kelley
        Page Kelley