UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10129-NG |
| ) | |
| MALDEN BATTLE ) | |
| ) | |

## ASSENTED-TO MOTION FOR EXCLUDABLE DELAY

Pursuant to the Speedy Trial Act, 18 U.S.C. §§3161 et seq., Defendant, Malden Battle, and the United States of America by Assistant United States Attorney Jeremy Sternberg, respectfully move this Court to exclude the following time period from the period in which trial must commence: from June 4, 2007 to October 15, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A).

As the basis for the requested period of exclusion, the parties move that this Court find that the period of time is excludable in order to give counsel time to prepare for trial and further, that the ends of justice served by the granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    MALDEN BATTLE
    By his attorney,

    /s/ Page Kelley
    Page Kelley
      B.B.O. #548237
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061

May 2, 2007

CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 2, 2007.

                                            /s/ Page Kelley
                                            Page Kelley