UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>MALDEN BATTLE    )<br>) | CRIMINAL NO. 05-10129-NG |

ASSENTED-TO MOTION TO CONTINUE TRIAL DATE

Defendant Malden Battle, through counsel, moves that this Court continue the date for commencement of trial in the above case, presently scheduled for June 4, 2007, to October 15, . The defendant so requests because he requires the additional time to prepare for trial.

The Assistant United States Attorney assigned to this case, Jeremy Sternberg, has no objection to this request.

MALDEN BATTLE
By his attorney,
/s/Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

May 2, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 2, 2007.

 /s/ Page Kelley
Page Kelley