UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No. 05-10129-NG** |
| v. | ) | |
| | ) | |
| **MALDEN BATTLE** | ) | |
| | ) | |
| | ) | |

## GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE TRIAL DATE AND ORDER OF EXCLUDABLE DELAY

The United States hereby moves to continue the trial in this matter to a date in February, 2008 convenient with the Court's schedule. The government further moves to exclude the period of the continuance from the period within which trial must commence under the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq. As grounds, counsel for the government is presently on maternity leave and will return to work November 5, 2007. Furthermore, as a motion to suppress was already litigated in this matter involving civilian witnesses who will also be witnesses at the trial, the government requests that the continuance be allowed in order that these witnesses may continue to work with the same prosecutor and that the government may enjoy continuity of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). The government further moves that the Court find that the period of delay will serve the ends of justice and outweigh the best interest of the public and defendant in a speedy trial and is therefore excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

The defendant assents to this motion.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Kimberly P. West
       KIMBERLY P. WEST
       Assistant U.S. Attorney
       (617) 748-3176

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                 /s/ Kimberly P. West  
                                                 Kimberly P. West

Dated: September 18, 2007