UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10129-NG |
| ) | |
| MALDEN BATTLE ) | |
| ) | |

ASSENTED-TO MOTION TO CONTINUE PRE-TRIAL CONFERENCE

Defendant Malden Battle, through counsel, moves that this Court continue the pretrial hearing conference scheduled for Wednesday, October 3rd to a date closer to the trial date. Although the trial has been continued, no new date has been set. As grounds for this motion, defense counsel has a hearing schedule before Judge Lindsay at the same time as the pretrial conference on October 3rd.

The Assistant United States Attorney assigned to this case, Kim West, has no objection to this request.

MALDEN BATTLE
By his attorney,
/s/Page Kelley
Page Kelley
   B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 28, 2007.

 /s/ Page Kelley
Page Kelley