UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA          )
                                  )
              v.                  )     CRIMINAL NO. 05-10129-NG
                                  )
MALDEN BATTLE                     )
                                  )


NOTICE OF APPEARANCE

Undersigned counsel, Catherine K. Byrne hereby files her appearance on behalf of defendant Malden Battle.

MALDEN BATTLE
By his attorney,


/s/ Catherine K. Byrne
Catherine K. Byrne
  B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 17, 2007.


/s/ Catherine K. Byrne
Catherine K. Byrne