UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10129-NG |
| ) | |
| MALDEN BATTLE ) | |
| ) | |

ASSENTED TO MOTION TO CONTINUE TRIAL

    Now comes the defendant, Malden Battle, and requests that the trial presently scheduled for Monday, February 25th be continued to a date to be determined by the Court.  The defendant so requests because counsel requires more time to prepare for trial.  The Assistant United States Attorney in this case, Kimberly West, has no objection to this request.

                                                  MALDEN BATTLE
                                                  By his attorney,

                                                  /s/ Page Kelley
                                                  Page Kelley
                                                    B.B.O. #548237
                                                  Federal Defender Office
                                                  408 Atlantic Avenue, 3rd Floor
                                                  Boston, MA  02110
                                                  Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 8, 2008.

                                                  /s/ Page Kelley
                                                  Page Kelley