UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10129-NG |
| ) | |
| MALDEN BATTLE ) | |
| ) | |

MOTION TO CONTINUE TRIAL DATE

    Defendant Malden Battle, through counsel, moves that this Court continue the date for commencement of trial in the above case, presently scheduled for April 21, 2008, to a date in May, 2008. Counsel so requests because she will not be available the week of April 21st due to family obligations.

MALDEN BATTLE
By his attorney,
/s/Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

February 13, 2008

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 13, 2008.

          /s/ Page Kelley
          Page Kelley