UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10129-NG |
| ) | |
| MALDEN BATTLE ) | |

NOTICE OF WITHDRAWAL

Now comes the undersigned Assistant United States Attorney and hereby notices her withdrawal in the above-captioned matter.

          MICHAEL J. SULLIVAN
          United States Attorney

By: _____
     KIMBERLY P. WEST
     Assistant U.S. Attorney

DATED: March 5, 2008