UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10129-NG |
| | ) | |
| MALDEN BATTLE | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE TRIAL DATE

Defendant Malden Battle, through counsel, moves that this Court continue the date for commencement of trial in the above case, presently scheduled for June 9, 2008, to a date in the fall. The defendant so requests because defense counsel Page Kelley will be on trial before Judge Saris in another case on the former date. The Assistant United States Attorney assigned to this case, John Capin, has no objection to this request.

Pursuant to the Speedy Trial Act, 18 U.S.C. §§3161 et seq., the parties respectfully move this Court to exclude the following time period from the period in which trial must commence: from June 9, 2008 to the trial date, pursuant to 18 U.S.C. § 3161(h)(8)(A). The parties move that this Court find that the period of time is excludable for the reason that the ends of justice served by the granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

                                                  MALDEN BATTLE
                                                  By his attorney,
                                                  /s/Page Kelley
                                                  Page Kelley
                                                    B.B.O. #548237
                                                  Federal Defender Office
                                                  408 Atlantic Avenue, 3rd Floor
                                                  Boston, MA  02110
                                                  Tel: 617-223-8061

May 6, 2008

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 6, 2008.

    /s/ Page Kelley
    Page Kelley