UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10129-NG |
| | ) | |
| MALDEN BATTLE | ) | |
| | ) | |

## ASSENTED-TO MOTION FOR EXCLUDABLE DELAY

Pursuant to the Speedy Trial Act, 18 U.S.C. §§3161 et seq., Defendant, Malden Battle,

and the United States of America by Assistant United States Attorney John Capin, respectfully

move this Court to exclude the following time period from the period in which trial must

commence: from September 15, 2008 to October 27, 2008, pursuant to 18 U.S.C. §

3161(h)(8)(A).

As the basis for the requested period of exclusion, the parties move that this Court find

that the period of time is excludable in order to give counsel time to prepare for trial and further,

that the ends of justice served by the granting the requested exclusion outweigh the best interest

of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

MALDEN BATTLE
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

June 27, 2008

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 27, 2008.

 /s/ Page Kelley
Page Kelley